DANIEL BRODERICK, Bar #89424
Federal Defender

COURTNEY FEIN, CA Bar #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ERNEST MOTLEY, JR.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | 2:09-CR-420 WBS |
|---|---|
| Plaintiff, | |
| v. | APPLICATION AND ORDER APPOINTING COUNSEL |
| ERNEST MOTLEY, JR., | |
| Defendant. | Judge: Hon. Gregory G. Hollows |

The Defendant, Ernest Motley, Jr., through the Office of the Federal Defender for the Eastern District of California, hereby requests the appointment of counsel.

Mr. Motley sent a letter to the court regarding his request for a final disposition of the charges contained in the petition alleging a violation of the terms of his supervised release. His file was referred to the Office of the Federal Defender for consultation. The Office of the Federal Defender is requesting appointment pursuant to Mr. Motley's request.

A financial affidavit was completed and shows that Mr. Motley currently has no funds at this time due to his incarceration.

This request has been explained to Mr. Motley.

Dated: July 18, 2012

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          _____
                                          COURTNEY FEIN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ERNEST MOTLEY, JR.

## **O R D E R**

    The Court hereby appoints the Office of the Federal Defender to represent Ernest Motley. This appointment is made pursuant to 18 U.S.C. § 3006A.

    Dated: July 24, 2012

                                          /s/ Gregory G. Hollows
                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge