DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, CA Bar #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERNEST MOTLEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0420 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER RE APPLICATION FOR WRIT OF HABEAS CORPUS |
| ERNEST MOTLEY, JR., | ) |
| Defendant. | ) Date: November 13, 2012<br>) Time: 2:00 P.M.<br>) Judge: Hon. Dale A. Drozd |

**ORDER**

The application for writ of habeas corpus ad prosequendum is hereby GRANTED. The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

DATED: November 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
motley0420.ordforwrit

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST EUGENE MOTLEY, JR.<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. CR.S: 09-420 WBS<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO:　The Warden, Sheriff or Jailor of Pleasant Valley State Prison, California Department of Corrections and to any United States Marshal:

## **G R E E T I N G S**

　　WE COMMAND that you produce and deliver the person known as ERNEST EUGENE MOTLEY, JR., CDC# AE0725, now in your custody under the name Ernest Eugene Motley, Jr., before the Honorable Dale A. Drozd, United States Magistrate Judge, U.S. Courthouse, 501 I Street, 8th Floor, Sacramento, California, on November 13th, 2012 at the hour of 2:00 p.m., in order that said defendant in the above-entitled case may be present during hearing of his case, and also at such other times and for such other purposes as may be ordered by the Court, and have you then and there this Writ.

/////

/////

/////

The delivery of the defendant to the custody of the United States Marshal, or to the courtroom of the United States District Court, as aforesaid, and then return by you of said defendant to your custody, shall be deemed sufficient compliance with the Writ.

WITNESS the Honorable Dale A. Drozd, United States Magistrate Judge, for the Eastern District of California.

DATED: November 1, 2012

CLERK, UNITED STATES DISTRICT COURT
Eastern District of California

By: /s/ H. Kaminski
H. Kaminski
Deputy Clerk