DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, CA Bar #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ERNEST MOTLEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0420 WBS |
| Plaintiff, | |
| v. | ORDER RE APPLICATION FOR WRIT OF HABEAS CORPUS |
| ERNEST MOTLEY, JR., | |
| Defendant. | Date:   November 30, 2012 |
| | Judge: Hon. Dale A. Drozd |

### ORDER

The application for writ of habeas corpus ad prosequendum is hereby GRANTED. The clerk is directed to issue the attached writ and deliver it to the U.S. Marshal for service.

**IT IS SO ORDERED.**

Dated: November 15, 2012

By the Court,

_____
HON. DALE A. DROZD
United States Magistrate Judge